UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRUSTEES OF ABATEMENT
WORKERS NATIONAL HEALTH
AND WELFARE FUNE, et al.,

    Plaintiffs,

Case No. 19-cv-10533
Hon. Matthew F. Leitman

v.

ASTAR, INC., et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: July 8, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2019, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764